IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Re: CHERYL J. STURM,  )   2:26-mc-00244-CB
*Pa. ID No. 040353*.  )
 )   Chief Judge Cathy Bissoon

**ORDER**

On February 20, 2026, Cheryl J. Sturm, Esq., was immediately transferred to inactive status, for an indefinite period and until further order of the Supreme Court of Pennsylvania. *See* 148 DB 2025. Consequently, "[a]ll pending disciplinary proceedings [have been] held in abeyance." *Id.* Pursuant to LCvR 83.3.D.3, any reciprocal discipline imposed in this Court shall be deferred until such stay expires.

In light of Attorney Sturm's transfer to inactive status in state court, and as appropriate, the Clerk of Court is directed to change her status from "Administratively Suspended" to "Inactive," for her bar-member and e-filing status here. Attorney Sturm will remain on inactive status until further order of court.

IT IS SO ORDERED.

March 2, 2026                         s/Cathy Bissoon
                                      Cathy Bissoon
                                      Chief United States District Judge

Enclosure (state order)

cc (via regular U.S. Mail):

Cheryl J. Sturm, Esq.
387 Ring Road
Chadds Ford, PA  19317-9746